**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

FREDY VASQUEZ-LOPEZ,

                Petitioner,

    - against -

PAM BONDI et al.,

                Respondents.

-------------------------------------------------------X

**JUDGMENT**
CV 26-1369 (OEM)

A Memorandum and Order of Honorable Orelia E. Merchant, United States District

Judge, having been filed on March 13, 2026; granting Petitioner's Petition for a writ of habeas

corpus; ordering Respondents to release Petitioner from custody immediately, and to submit a

letter on the docket within 24 hours of the March 13, 2026 Memorandum and Order confirming

Petitioner's release, it is

    **ORDERED AND ADJUDGED** that the petition for a writ of habeas is granted; that

Respondents are ordered to release Petitioner Fredy Vasquez-Lopez from custody immediately,

and to submit a letter on the docket within 24 hours of the March 13, 2026 Memorandum and

Order confirming Petitioner's release; and that this case is closed.

Dated: March 19, 2026
      Central Islip, New York

Approved by: /s/Orelia E. Merchant
               ORELIA E. MERCHANT
               United States District Judge

Dated: March 19, 2026
      Central Islip, New York

Approved by:
               BRENNA B. MAHONNEY
               Clerk of Court